```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                      Alexandria Division
```

_____
                                    )
JEFFREY S. BROWNING as Trustee of   )
BROWNING EQUIPMENT, INCORPORATED    )
401(k) PROFIT SHARING PLAN,         )
                                    )
         Plaintiff,                 )
                                    )
v.                                  )  Civil Action No. 05-0303
                                    )
TIGER'S EYE BENEFITS CONSULTING,    )
et al.,                             )
                                    )
         Defendants.                )
_____)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' motions for summary judgment are GRANTED and this case is DISMISSED.

                                            /s/
                                    _____
                                    CLAUDE M. HILTON
                                    UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 22, 2006